**Writ of Mandamus is DENIED; Opinion Filed August 6, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01002-CV

### IN RE EDUARDO TORRES-MEDINA, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54782-2012**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Moseley

Relator filed this petition for writ of mandamus contending that the trial court's judgment is void. The facts and issues are well-known to the parties, so we do not recount them here. Relator's petition is not properly authenticated. TEX. R. APP. P. 52.3(j). Because the petition is not properly authenticated, relator has failed to establish his right to relief. Tex. R. App. P. 52.8. Accordingly, we **DENY** the petition.

/Jim Moseley/
JIM MOSELEY
JUSTICE

141002F.P05